734 A.2d 1286

COMMONWEALTH of Pennsylvania, Appellant,

v.

Phares Shirk HURST, Appellee.

Supreme Court of Pennsylvania.

Submitted Aug. 11, 1999.

Decided Sept. 9, 1999.

Joseph C. Madenspacher, Dist. Atty., Susan E. Moyer, Asst. Dist. Atty., District Attorney's Office, for Com.

James J. Karl, Public Defender, Public Defender's Office, for Phares Shirk Hurst.

Before FLAHERTY, C.J., and ZAPPALA, CAPPY, CASTILLE, NIGRO, NEWMAN and SAYLOR, JJ.

## *ORDER*

PER CURIAM.

Based upon our disposition in *Commonwealth v. Williams*, 557 Pa. 285, 733 A.2d 593 (1999), we affirm the Order of the Lancaster County Court of Common Pleas dated April 30, 1999. Furthermore, we remand the matter to the common pleas court for disposition of any remaining issues.

Jurisdiction is relinquished.